UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO. 3:09-CV-868-CRS

SERGE ADAMOV                                                                                        PLAINTIFF

v.

U.S. BANK NATIONAL ASSOCIATION                                                    DEFENDANT

JUDGE CHARLES R. SIMPSON III

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rules 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Serge Adamov and Defendant U.S. Bank National Association jointly stipulate that Plaintiff's claims against Defendant in this action are hereby dismissed WITH PREJUDICE.

Respectfully submitted,                                          Respectfully submitted,

/s/  Don C. Meade                                                 /s/ Doreen Canton
Don C. Meade                                                         Doreen Canton (0040394)
Benjamin S. Basil                                                   Evan T. Priestle (0089889)
PRIDDY, CUTLER, NAAKE & MEADE,      Taft Stettinius & Hollister LLP
PLLC                                                                         425 Walnut Street, Suite 1800
2303 River Road, Suite 300                                 Cincinnati, OH  45202
Louisville, KY  40206                                           Tel:  (513) 381-2838
(502) 632-5290/Fax: (502) 632-5291                Fax:  (513) 381-0205
dmeade@pcnmlaw.com                                     canton@taftlaw.com
bbasil@pcnmlaw.com                                        epriestle@taftlaw.com

*Trial Attorneys for Plaintiff*                              *Trial Attorneys for Defendant*